IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.                                                      CIV. No. 14-235-JCH/SCY

PALOMA BLANCA HEALTH & REHABILITATION
LLC, et al.

    Defendants.

## ORDER SETTING CASE MANAGEMENT DEADLINES AND DISCOVERY PARAMETERS

THIS MATTER came before the Court on a Rule 16 scheduling conference held on November 7, 2014. Following a review of the attorneys' Joint Status Report and Provisional Discovery Plan, and after conferring with counsel, the Court will permit the following discovery:

    a)    Maximum of twenty-five (25) Interrogatories between Plaintiff and Defendants;

    b)    Maximum of thirty (30) Requests for Production between Plaintiff and Defendants;

    c)    Maximum of twenty-five (25) Requests for Admission between Plaintiffs and Defendants;

    d)    Maximum of ten (10) depositions by Plaintiff and ten (10) depositions by Defendants; and

    e)    Depositions of parties, Rule 30(b)(6) designees and experts are limited to seven (7) hours, and depositions of all other witnesses are limited to four (4) hours, unless extended by agreement of the parties.

Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline.  A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline.

The Court has set the following management deadlines:

| | | |
|---|---|---|
| a) | Deadline for Plaintiff to amend pleadings or add additional parties: | December 5, 2014 |
| b) | Deadline for Defendants to amend pleadings or add additional parties: | December 19, 2014 |
| c) | Plaintiff's Rule 26(a)(2) expert disclosure[1]: | January 9, 2015 |
| d) | Defendants' Rule 26(a)(2) expert disclosure[1]: | February 6, 2015 |
| e) | Termination date for discovery: | March 9, 2015 |
| f) | Motions relating to discovery to be filed by: | March 23, 2015 |
| g) | Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: | April 9, 2015 |
| h) | Pretrial Order: Plaintiff to Defendants by: | May 22, 2015 |
| | Defendants to Court by: | June 5, 2015 |

Any extension of the case management deadlines must be approved by the Court.  Any requests for additional discovery must be submitted to the Court by motion prior to the expiration of the discovery.

**IT IS SO ORDERED.**

_____
**STEVEN C. YARBROUGH**
**United States Magistrate Judge**

---

[1] Parties must disclose the names of all expert witnesses, the subject matter on which the experts will present evidence, and a summary of the facts and opinions to which the experts are expected to testify by this date. Experts who are retained or specifically employed to provide expert testimony must also submit an expert report by this date. *See* Fed. R. Civ. P. 26(a)(2).  The parties must have their retained expert(s) ready to be deposed at the time they identify them and provide their reports. Expert witnesses who are not required to provide a written report may be deposed before summary disclosure.